IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIE LEE JILES,

        Defendant.

8:23CR98

LIST OF EXHIBITS

Courtroom Deputy: Tracy McKibben
Court Reporter: Rogene Schroder

Trial Date(s): July 9, 2024 to July ___, 2024.

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 01 | | | In Car Video – Deputy Parmer | | | | | |
| 02 | | | Body Camera Video – Deputy Parmer | | | | | |
| 03 | | | Certificate of Custodian of Records – Vigilant | | | | | |
| 04 | | | Vehicle Detection Report – February 27, 2023 | | | | | |
| 05 | | | Vehicle Detection Report – March 1, 2023 | | | | | |
| 06 | | | Vehicle Detection Report – March 2, 2023 | | | | | |
| 07 | | | K-9 Certification | | | | | |
| 08 | | | Methamphetamine | | | | | |
| 09 | | | US Currency Seized During March 2, 2023, Traffic Stop | | | | | |
| 10 | | | Curriculum Vitae – Delana Brundage | | | | | |
| 11 | | | Laboratory Report – Delana Brundage | | | | | |

1

| 12 | | | Photograph – Rear of Equinox I | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | | | Photograph – Rear of Equinox II | | | | | |
| 14 | | | Photograph – US Currency | | | | | |
| 15 | | | Curriculum Vitae – Frank Feden | | | | | |
| 16 | | | Stipulation – Laboratory Testing and Chain of Custody | | | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

        UNITED STATES OF AMERICA,
        Plaintiff

        SUSAN T. LEHR
        United States Attorney

By:  s/ Martin J. Conboy, IV
      MARTIN J. CONBOY, IV
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel: (402) 661-3700