IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIE LEE JILES,<br><br>　　　　　　Defendant. | 8:23CR98<br><br>WITNESS LIST |

　　　　Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1.　　Seward County Deputy Chase Parmer;

2.　　Seward County Deputy Cody Bailey;

3.　　DEA Special Agent Sean Mann;

4.　　DEA Task Force Officer Chris Rock;

5.　　DEA Senior Forensic Chemist Delana R. Brundage;

6.　　DEA Supervisory Special Agent Frank Feden; and,

7.　　Any and all witnesses designated by the other parties in this matter.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　SUSAN LEHR
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nebraska

By: s/ Martin J. Conboy, IV
MARTIN J. CONBOY, IV, #22257
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: martin.conboy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Martin J. Conboy, IV
Assistant U.S. Attorney