IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23-CR-98 |
| vs. | JURY QUESTION NO. 2 |
| WILLIE LEE JILES, | |
| Defendant. | |

Question.

The indictment states meth specifically.

Jury Instruction 11 on page 16 says the conviction can be without proof of the precise drug.

Did he have to know the drug was meth to be convicted of this charge?

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIE LEE JILES<br><br>        Defendant. | 8:23-CR-98<br><br>**ANSWER TO JURY QUESTION NO. 2** |

Ladies and gentlemen of the jury, at 12:10 p.m. on July 11, 2024 you submitted to the Court the following question:

Question:

"Question. The indictment states meth specifically. Jury Instruction 11 on page 16 says the conviction can be without proof of the precise drug. Did he have to know the drug was meth to be convicted of this charge"

Answer:

As instructed in Jury Instruction No. 11, "A defendant may be convicted of a drug conspiracy violation without proof that he knew the precise drug he conspired to possess and distribute."

Dated this 11th day of July, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge