IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 JUL 11 PM 3:25
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23–CR–98 |
| vs. | **VERDICT FORM** |
| WILLIE LEE JILES, | |
| Defendant. | |

Please answer the questions below, and then have the foreperson sign and date this verdict form:

### Question 1:

We, the jury, unanimously find the defendant, WILLIE LEE JILES, __not guilty__ (guilty/not guilty) of the crime of conspiracy to distribute and/or possess with intent to distribute methamphetamine (actual), its salts, isomers, or salts of its isomers, as charged in Count I of the Indictment

**If you have found the defendant "Guilty," answer Question 2. If you have found the defendant "Not Guilty," do not answer Question 2.**

### Question 2:

We, the jury, unanimously find that the government has proved beyond a reasonable doubt that the amount of methamphetamine (actual), its salts, isomers, or salts of its isomers that the defendant WILLIE LEE JILES conspired to distribute and/or possess with intent to distribute, is:

_____ 50 grams or more

_____ 5 grams or more but less than 50 grams

_____ less than 5 grams

**Check the drug quantity which the jury unanimously agrees was involved in the offense.**

1

_____
FOREPERSON

____7-11-2024____
DATE

2