IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 JUL 11 PM 3:33
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIE LEE JILES,

    Defendant.

Case No. 8:23CR98

RECEIPT FOR RETURNED EXHIBITS

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Plaintiff Exhibits 1-2, 4-8, 12, 13, 16 from Jury Trial held July 9 – 11, 2024

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record <u>Plaintiff</u>

DATED: 7/11/24

BY: [signature]