IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>WILLIE LEE JILES,<br><br>                    Defendant. | **8:23CR98**<br><br>JUDGMENT |

The defendant, having entered a plea of not guilty to Count I of the Indictment, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to this count.

DATED this 12th day of July 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge